

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

Lakeside Village Homeowners Association, Inc., Principal Management Group of North Texas, and Principal Management Group, Inc.,

Appellants,

v.

Alfred "Corky" Belanger and Michael Drennan,

Appellee.

§     No. 08-15-00214-CV

§     Appeal from the

§     County Court at Law No. 3

§     of Dallas County, Texas

§     (TC# CC-11-07783-C)

§

§

§

# **O R D E R**

The Court GRANTS the Appellants' third motion for extension of time within which to file the brief until **November 9, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Dawn Woelfel Hansen, the Appellants' attorney, prepare the Appellants' brief and forward the same to this Court on or before November 9, 2015.

IT IS SO ORDERED this 22nd day of October, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.